UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DANIEL OSORIO, et al., | No.  2:16-cv-2486 KJN P |
| Plaintiffs, | |
| v. | ORDER |
| RIO COSUMNES CORRECTIONAL CENTER, | |
| Defendant. | |

Plaintiffs, detainees proceeding pro se, have filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiffs have not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $50.00 administrative fee.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).  Therefore, plaintiffs will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $400.00.

Plaintiffs are cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of each plaintiff's prison trust account statement for the six-month period immediately preceding the

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

1

filing of this action.

In addition, the plaintiffs are attempting to pursue their civil rights claims in one action. However, it appears that each plaintiff is now housed in a different facility because court documents were recently returned by the postal service. Mr. Kumar's mail was returned as undeliverable, not in custody. Mr. Osorio's mail was returned marked "refused." Mr. Kumar's address was subsequently updated. However, it is unclear whether Mr. Osorio wishes to continue with this litigation now that Mr. Kumar has been transferred. Mr. Osorio is cautioned that his continued refusal to accept court orders and notices will result in the dismissal of his claims.

Moreover, it is likely that each of their claims will involve facts specific to only one plaintiff. Thus, the plaintiffs are put on notice that the court will likely sever the claims of one plaintiff into a separate action in the event that both plaintiffs choose to continue with this litigation and comply with this order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiffs shall submit, within thirty days from the date of this order, an affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00; plaintiffs' failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send each plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: October 31, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

osor2486.3a

2