UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DANIEL OSORIO, ANIL KUMAR,<br><br>          Plaintiffs,<br><br>     v.<br><br>RIO COSUMNES CORRECTIONAL CENTER,<br><br>          Defendants. | No. 2:16-cv-2486 KJN P<br><br>ORDER TO SHOW CAUSE |

On November 7, 2016, plaintiff Kumar consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed October 31, 2016, plaintiffs were ordered to file completed in forma pauperis affidavits and certified copies of their inmate trust account statements, and were cautioned that failure to do so would result in a recommendation that this action be dismissed. In addition, the plaintiffs were warned that their claims would be severed so that each plaintiff would proceed in his own, separate, civil rights action. Thirty days have now passed, and neither plaintiff filed an application to proceed in forma pauperis, paid the filing fee, or otherwise responded to the October 31, 2016 order.[1]

---

[1] Although it appears from the file that plaintiff Osorio's copy of the order was returned, plaintiff Osorio was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1    In accordance with the above, IT IS HEREBY ORDERED that both plaintiffs show cause,
2 within fourteen days, why this action should not be dismissed.  Failure to comply with this order
3 will result in an order dismissing this action without prejudice.  Fed. R. Civ. P. 41(b).
4 Dated:  December 9, 2016

6 KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/kuma2486.osc2