1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CARLOS DANIEL OSORIO ZUNIGA,              No.  2:16-cv-2486 KJN P

12                 Plaintiff,

13          v.                                 ORDER AND FINDINGS &
                                               RECOMMENDATIONS
14   RIO COSUMNES CORRECTIONAL
     CENTER,
15
                  Defendant.
16

17
            Plaintiff is an immigration detainee, proceeding pro se and in forma pauperis.  By order
18
     filed March 7, 2017, plaintiff's complaint was dismissed and thirty days leave to file an amended
19
     complaint was granted.  Thirty days from that date have now passed, and plaintiff has not filed an
20
     amended complaint, or otherwise responded to the court's order.
21
            Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign
22
     a district judge to this case; and
23
            IT IS RECOMMENDED that this action be dismissed without prejudice.  See Local Rule
24
     110; Fed. R. Civ. P. 41(b).
25
            These findings and recommendations are submitted to the United States District Judge
26
     assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
27
     after being served with these findings and recommendations, plaintiff may file written objections
28
                                               1

with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 21, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/zuni2486.fta