1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CARLOS DANIEL OSORIO ZUNIGA,              No.  2:16-cv-2486 JAM KJN P

12                  Plaintiff,

13         v.                                  FINDINGS & RECOMMENDATIONS

14   RIO COSUMNES CORRECTIONAL
     CENTER,
15
                   Defendant.
16

17

18         By order filed August 31, 2017, plaintiff's complaint was dismissed and thirty days leave

19   to file a second amended complaint was granted.  Thirty days from that date have now passed,

20   and plaintiff has not filed a second amended complaint, or otherwise responded to the court's

21   order.

22         Although it appears from the file that plaintiff's copy of the order was returned,[1] plaintiff

23   was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current

24   address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of

25   the party is fully effective.

26   ////

27

28   _____
     [1]  The return was marked "undeliverable, not in custody."  (Sept. 18, 2017 Docket Entry.)

                                              1

1    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

2    prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

3    These findings and recommendations are submitted to the United States District Judge

4    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

5    after being served with these findings and recommendations, plaintiff may file written objections

6    with the court and serve a copy on all parties.  Such a document should be captioned

7    "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

8    failure to file objections within the specified time may waive the right to appeal the District

9    Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

10   Dated:  October 13, 2017

12   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

13   /zuni2486.fta2